```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 05 B 00930
   SULTAN I DUNBAR
   DEBRA D DUNBAR                             CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

             Debtor
   SSN XXX-XX-9288     SSN XXX-XX-7371


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 01/12/2005 and was confirmed 03/23/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was dismissed after confirmation 01/14/2009.
------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
WELLS FARGO AUTO FINANCE  SECURED            5960.57         1866.36        5960.57
WELLS FARGO AUTO FINANCE  UNSECURED              .00             .00            .00
AT&T WIRELESS             NOTICE ONLY      NOT FILED             .00            .00
AT & T WIRELESS           UNSECURED        NOT FILED             .00            .00
BALLYS TOTAL FITNESS      UNSECURED        NOT FILED             .00            .00
AT & T WIRELESS           NOTICE ONLY      NOT FILED             .00            .00
US CELLULAR               NOTICE ONLY      NOT FILED             .00            .00
CAPITAL ONE               UNSECURED        NOT FILED             .00            .00
CITY OF CHICAGO PARKING   UNSECURED           2992.50            .00        1589.67
US CELLULAR               NOTICE ONLY      NOT FILED             .00            .00
FIRST PREMIER             NOTICE ONLY      NOT FILED             .00            .00
PREMIER BANCARD CHARTER   UNSECURED            569.00            .00         302.26
COMMONWEALTH EDISON       NOTICE ONLY      NOT FILED             .00            .00
HOUSEHOLD BANK            UNSECURED        NOT FILED             .00            .00
ECAST SETTLEMENT CORP     UNSECURED           1044.69            .00         554.96
MCI RESIDENTIAL SERVICES  UNSECURED        NOT FILED             .00            .00
MIDNIGHT VELVET           UNSECURED        NOT FILED             .00            .00
PORTFOLIO ACQUISITIONS L  UNSECURED           1827.86            .00         970.99
SEVENTH AVENUE            UNSECURED        NOT FILED             .00            .00
US CELLULAR               UNSECURED        NOT FILED             .00            .00
WELLS FARGO FINANCIAL AC  UNSECURED        NOT FILED             .00            .00
WELLS FARGO AUTO FINANCE  SECURED               .00              .00            .00
WELLS FARGO AUTO FINANCE  FILED LATE            .00              .00            .00
LEGAL HELPERS PC          DEBTOR ATTY      2,200.00                         2,200.00
TOM VAUGHN                TRUSTEE                                             825.19
DEBTOR REFUND             REFUND                                                 .00


     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  14,270.00
```

                      PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 05 B 00930 SULTAN I DUNBAR & DEBRA D DUNBAR

```
PRIORITY                                                            .00
SECURED                                                        5,960.57
     INTEREST                                                  1,866.36
UNSECURED                                                      3,417.88
ADMINISTRATIVE                                                 2,200.00
TRUSTEE COMPENSATION                                             825.19
DEBTOR REFUND                                                       .00
                                  ----------------    ----------------
TOTALS                                  14,270.00           14,270.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 03/05/09                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 05 B 00930 SULTAN I DUNBAR & DEBRA D DUNBAR